**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2453

KING DAVID SINGLETARY,

Plaintiff - Appellant,

versus

SUSAN J. FIRIMONTE, for DSS; JAMIE F. LEE,
Honorable, Family Court Judge; A. E. MOREHEAD,
III, Honorable, Family Court Judge; DEIDRE
JEFFERSON, Honorable, Family Court Judge; LISA
JACKEL, Psychological Dr. for DSS; MATTHEW
TYLER, Guardian Ad Litem for DSS; SHERIFF
DEPARTMENT; HELLER CAIN; HELLER CAIN, for DSS;
JAMES M. SALEEDY; HENRY M. ANDERSON, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Joseph F. Anderson, Jr., Chief
District Judge.  (CA-01-3916-4-17AJ)

Submitted:  March 21, 2002          Decided:  March 27, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

King David Singletary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

King David Singletary appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Singletary v. Firimonte</u>, No. CA-01-3916-4-17AJ (D.S.C. Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>